**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

U.S.A.
V.
Joel Oaxaca

**AMENDED**

**JUDGMENT and ORDER TO PAY**

CITATION/CASE NO. 6:16-PO-00399 MJS

SOCIAL SECURITY #:_____
DATE OF BIRTH:_____
DRIVER'S LICENSE #:_____
ADDRESS: _____
_____
City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____        _____
                               Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

( ) Penalty **ASSESSMENT** of $ _____        ( ) **RESTITUTION** of $ _____

(✓) **PROCESSING Fee** of $ 30.00        ( ) **FINE** of $ _____

for a **TOTAL AMOUNT** of $ 30.00 ,

paid within _____ **OR** payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL** - note late payments **could be subject to late/delinquent charges imposed by C.V.B.**

(✓) REVIEW/ Post Sentencing HEARING DATE: 10/17/2017 at 10:00 a. m. / p. m. in Courtroom Yosemite
( ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____
( ) RESTITUTION / VICTIM information _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: Unsupervised Probation for 12 months. Terms and conditions: Obey through counsel within seven days of being cited or arrested. Pay all fines to get drives license re-instated.

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[✓] CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA  19176-1363
1-800-827-2982

[ ] CLERK U.S.D.C.
501 "I" St., #4-200
Sacramento, CA  95814

[ ] CLERK U.S.D.C
2500 Tulare St., Rm 1501
Fresno, CA  93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 11/29/2016        /s/ Michael J. Seng
                          U.S. MAGISTRATE JUDGE