HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOEL OAXACA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-po-00399-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) |
| JOEL OAXACA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Joel Oaxaca, that Mr. Oaxaca's term of unsupervised probation may be extended to expire on January 15, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to the second available court date in December 2017.

On November 15, 2016, the Court sentenced Mr. Oaxaca to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. Mr. Oaxaca was also ordered to pay a processing fee of $30 and to pay all fines preventing his driver's license from being re-instated.

Mr. Oaxaca has paid the processing fee and was working towards paying off the

extensive fines preventing re-instatement of his license when he was laid off at his job due to his company merging with a competitor.  Given the circumstances, the parties are in agreement to extend Mr. Oaxaca's probation to provide him with sufficient time to pay off the remaining fines preventing re-instatement of his license.  Accordingly, the parties request that the Court extend Mr. Oaxaca's term of unsupervised probation to expire January 15, 2018.  The parties further request that the Court schedule a review hearing for the second available court date in December 2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  October 10, 2017        */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2017        */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOEL OAXACA

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 17, 2017 hearing for Joel Oaxaca, Case No. 6:16-po-00399-MJS, is continued to December 19, 2017, at 10:00 a.m., and the term of said Defendant's probation is hereby extended by Stipulation and Order  to January 15, 2018.

IT IS SO ORDERED.

Dated:   October 10, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Oaxaca:  Stipulation to Continue

Oaxaca: Stipulation to Continue