Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOEL MEDINA OAXACA,<br><br>  Defendant. | No.  6:16-PO-399-MJS<br><br>STIPULATION TO EXTEND PROBATIONARY PERIOD AND CONTINUE REVIEW HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Joel Oaxaca, by and through his attorney of record, Assistant Federal Defender Hope Alley, that the period of unsupervised probation be extended by one month to February 15, 2018 and the review hearing in the above-captioned matter set for December 20, 2017 be continued to January 23, 2018 at 10:00 a.m.

On November 15, 2016, the Court sentenced Mr. Oaxaca to twelve months of unsupervised probation with the conditions that he obey all laws, pay a $30 processing fee, pay all state fines associated with his driver's license and obtain his license.  A review hearing was set for December 20, 2017.  As the Court is not available on December 20, 2017, the parties are in agreement that the review hearing be continued to January 23, 2018 and probation be extended to February 15, 2018 with the same

1

terms and conditions.

Dated: November 2, 2017 /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: November 2, 2017 /S/ Hope Alley
Hope Alley
Assistant Federal Defender
Attorney for Defendant
Joel Oaxaca

## ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, probation in the matter of U.S. v. Oaxaca, Case 6:16-po-399-MJS is extended until February 15, 2018 subject to all the same conditions as originally imposed and the review hearing currently set for December 20, 2017, is continued to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 6, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE