| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>JOEL OAXACA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-po-00399-MJS |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF** |
| vs. | ) ) | **PROBATION; ORDER** |
| JOEL OAXACA, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Joel Oaxaca, that Mr. Oaxaca's term of unsupervised probation be extended to expire on April 15, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to March 20, 2018.

Mr. Oaxaca's review hearing is currently scheduled for January 23, 2018. By that date, Mr. Oaxaca was required to pay all outstanding state fines and get his license reinstated. Sadly, Mr. Oaxaca lost his job in the summer of 2017 and has been actively seeking employment since. While he sometimes finds temporary work, he has been unable to find a stable, full-time job. Nonetheless, recently he reached a settlement with his previous employer and intends to use that money to pay his outstanding fines. Accordingly, the parties request that Mr. Oaxaca's review hearing be continued to March 20, 2018 and that his probation be extended to April 15, 2018 to

give Mr. Oaxaca time to pay the outstanding state fines.

                    Respectfully submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

Date: January 12, 2018           /s/ Susan St. Vincent
                    Susan St. Vincent
                    Yosemite Legal Officer
                    Attorney for Plaintiff

                    HEATHER E. WILLIAMS
                    Federal Defender

Date: January 12, 2018           /s/ Hope Alley
                    HOPE ALLEY
                    Assistant Federal Defender
                    Attorney for Defendant
                    JOEL OAXACA

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 23, 2018 hearing for Joel Oaxaca, Case No. 6:16-po-00399-MJS, is continued to March 20, 2018 at 10:00 a.m., and his probation is extended to April 15, 2018.

IT IS SO ORDERED.

Dated: January 16, 2018               /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE