HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOEL OAXACA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-po-00399-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) |
| JOEL OAXACA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Joel Oaxaca, that Mr. Oaxaca's term of unsupervised probation be extended to expire on June 15, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to May 15, 2018.

Mr. Oaxaca's review hearing is currently scheduled for March 20, 2018. By that date, Mr. Oaxaca was required to pay all outstanding state fines and get his license reinstated. Sadly, Mr. Oaxaca lost his job in the summer of 2017 and has been actively seeking employment since. Mr. Oaxaca recently reached a settlement with his previous employer and intends to use that money to pay his outstanding fines. He is still waiting for the settlement award to be credited to his bank account. Accordingly, the parties request that Mr. Oaxaca's review hearing be continued to May 15, 2018 and that his probation be extended to June 15, 2018 to give Mr.

Oaxaca time to pay the outstanding state fines.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: March 13, 2018             */s/ Susan St. Vincent*
                                        Susan St. Vincent
                                        Yosemite Legal Officer
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 13, 2018             */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOEL OAXACA

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the March 20, 2018 hearing for Joel Oaxaca, Case No. 6:16-po-00399-MJS, is continued to May 15, 2018 at 10:00 a.m., and his term, and all the conditions, of probation are extended to June 15, 2018.

IT IS SO ORDERED.

Dated: March 13, 2018                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE