HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOEL OAXACA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-po-00399-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) |
| JOEL OAXACA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Joel Oaxaca, that Mr. Oaxaca's term of unsupervised probation be extended to expire on July 20, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to June 20, 2018.

Mr. Oaxaca's review hearing is currently scheduled for May 15, 2018. By that date, Mr. Oaxaca was required to pay all outstanding state fines and get his license reinstated. Although Mr. Oaxaca has paid off most of his fines, there is one outstanding hold on Mr. Oaxaca's license that he was unaware of. He is hopeful that he will be able to resolve the issue in the near future. Accordingly, the parties request that Mr. Oaxaca's review hearing be continued to June 20, 2018 and that his probation be extended to July 20, 2018 to give Mr. Oaxaca time to pay the outstanding state fines.

|  |  |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: May 8, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 8, 2013 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOEL OAXACA |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the May 15, 2018 hearing for Joel Oaxaca, Case No. 6:16-po-00399-MJS, is continued to June 20, 2018 at 10:00 a.m., and his probation is extended to July 20, 2018.

IT IS SO ORDERED.

Dated: __May 8, 2018__   /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE