| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JOEL OAXACA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:16-po-00399-JDP |
| Plaintiff, | | **STIPULATION TO RECALENDAR REVIEW HEARING; ORDER** |
| vs. | | |
| JOEL OAXACA, | | |
| Defendant. | | |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Joel Oaxaca, hereby stipulate and jointly move this Court to recalendar the review hearing currently calendared for December 18, 2019 to February 25, 2020.

On June 20, 2018, the court calendared Mr. Oaxaca's review hearing for December 18, 2019. However, three is currently no active calendar for that date, and therefore the parties respectfully move the court to recalendar Mr. Oaxaca's hearing. In addition, because Mr. Oaxaca is currently on a term of unsupervised probation, the parties stipulate that Mr.Oaxaca's probation term be extended to March 25, 2020.

//

//

//

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: December 13, 2019  */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Date: December 13, 2019  */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JOEL OAXACA

ORDER

Based on the parties' joint representation, I recalendar Mr. Oaxaca's review hearing to February 25, 2020 and extend his term of probation to March 25, 2020.

IT IS SO ORDERED.

Dated:   December 17, 2019                               _____
                                                         UNITED STATES MAGISTRATE JUDGE