Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL M. OAXACA,<br><br>Defendant. | No. 6:16-po-0399-JDP<br><br>STIPULATION TO REVIEW HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Joel M. Oaxaca, by and through his attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for February 25, 2020 be continued to February 26, 2020 at 10:00 a.m. The Legal Officer has to be out of the area on February 25, 2020 for a medical appointment of a family member and requests the continuance to accommodate that appointment.

Dated: February 18, 2020     /S/ Susan St. Vincent
                             Susan St. Vincent
                             Legal Officer
                             Yosemite National Park

Dated: February 18, 2020     /S/ Benjamin A. Gerson
                             Benjamin A. Gerson
                             Attorney for Defendant
                             Joel M. Oaxaca

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 25, 2020, review hearing for Joel M. Oaxaca in Case *6:16-po-0399-JDP* is continued to February 26, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:     February 19, 2020                                       /s/ Jeremy Peterson
                                                           UNITED STATES MAGISTRATE JUDGE